UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>William Charles Hughes</u>

    v.            Civil No. 08-cv-75-JL

<u>AT&T Inc.</u>

O R D E R

Complaint Filed: 2/27/08

Summons Issued: 2/28/08

To date, the Court has received no return of service.

In accordance with Federal Rule of Civil Procedure 4(m), and the Order of Magistrate James R. Muirhead dated 7/21/08, the case is dismissed without prejudice.

SO ORDERED.

August 27, 2008              _____
                    Joseph N. Laplante
                    United States District Court Judge

cc: William Charles Hughes